RARITAN VALLEY FARMS, INC. v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. KARL AHLERS, JR.

June 12, 1975. Petition for certification denied.

ADELINE HARPER v. BELL TELEPHONE LABORATORIES.

June 12, 1975. Petition for certification denied.

GILBERT L. HARDEN v.
VINELAND TRANSIT MIX CONCRETE CO., INC.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY ALAN MELMUKA.

June 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD FARIELLO.
June 12, 1975. Petition for certification granted. (See 133 *N. J. Super.* 114).